

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2019

No. 04-19-00209-CV

**SCHERTZ BANCSHARES CORPORATION**, Individually and d/b/a Schertz Bank & Trust, Schertz Bank & Trust, and Mustang Valley Estates Homeowners Association, Appellants

v.

Scott **BURRIS**, Ashley Burris, Wayne Burris, Lee Burris, Kenneth Davis, Cece Davis, Amy Wilson, Mike Wilson, Daryl Green, Cathy Green, Ken Helgren, Michele Helgren, Robert Hudson, Cliff Jackson, Mamie Jackson, William Merrill, Tonya Spells, Quinton Perry, Angie Perry, Kenneth Shields, Tamara Shields, Latoya Siples, Clinton Siples, And Michelle Siples, Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-1512-CV
Honorable William Old, Judge Presiding

## O R D E R

Pursuant to section 51.014(d) of the Texas Civil Practice and Remedies Code and Rule 28.3 of the Texas Rules of Appellate Procedure, we **GRANT** appellants' petition for permission to appeal from an interlocutory order. A notice of appeal is deemed to have been filed on the date of this order and the appeal will proceed as an accelerated appeal. *See* TEX. R. APP. P. 28.3(k).

We order the Guadalupe County District Clerk and the court reporter to file, respectively, the clerk's record and reporter's record in this court **on or before May 16, 2019**.

We **order** the clerk of this court to file a copy of this order with the District Clerk of Guadalupe County, Texas. *See id.* We further **order** the clerk of this court to serve a copy of this order on the trial court, the court reporter, and all counsel.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2019.



KEITH E. HOTTLE,
Clerk of Court